UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL CLARK,<br><br>Plaintiff,<br>vs.<br><br>ACURIAN, INC. (formerly INTERTRIALS.COM, INC.), LANCE D CONVERSE, and, DOES 1-1000,<br><br>Defendants. | CASE NO. 13-cv-03309-ABC-AJW<br><br>[~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE |

Having considered Plaintiff's Request for Dismissal With Prejudice filed by Plaintiff in his own capacity *pro per*, the Court hereby **GRANTS** Plaintiff's request and **DISMISSES** this action **WITH PREJUDICE**.

Date: 9/16/13                                By  *Audrey B. Collins*
                                                                   Honorable Judge Presiding